# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

GLEN DELANE ARNETT, JR.,  )
             )
 Plaintiff,        )
             )
v.            )  Case No. CIV-24-185-SLP
             )
MAJOR PHILLIP GABRIEL, et al.,  )
             )
 Defendants.      )

## **O R D E R**

Before the Court is the Report and Recommendation [Doc. No. 42] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Upon initial review of Plaintiff's Amended Complaint pursuant to 28 U.S.C. §§ 1915, 1915(A), the Magistrate Judge recommended that Petitioner's claims against Defendants Gabriel, Hamilton, Hagen, Peek, and Amason, in their official capacities, be dismissed without prejudice. *See* R&R [Doc. No. 42] at 3-5.

Also before the Court is another Report and Recommendation [Doc. No. 43] issued by the Magistrate Judge.[1] The Magistrate Judge recommended that the Court (1) find Plaintiff's attempted service of Defendants Gabriel, Hamilton, Hagen, Peek, and Amazon as timely; (2) quash  Plaintiff's service attempt on the above-mentioned Defendants, in their individual capacities, pursuant to Fed. R. Civ. P. 12(b)(5); and (3) permit Plaintiff an

---

[1] The Court refers to the Reports & Recommendations [Doc. Nos. 42 & 43] collectively as the R&Rs.

additional 30 days to effectuate proper service on the Defendants, in their individual capacities. *See* R&R [Doc. No. 43] at 2-7.

The Magistrate Judge advised the parties of their right to object to the R&Rs and directed any objections be filed on or before May 18, 2026. R&R [Doc. No. 42] at 5-6; R&R [Doc. No. 43] at 8-9. The Magistrate Judge further advised the parties that any failure to object would waive the parties' right to appellate review of the factual and legal issues addressed in the R&Rs. *Id.* On May 18, 2026, Plaintiff filed a Motion for Extension of Time to Object to the Report and Recommendation [Doc. No. 45]. The Court granted the Motion, permitting the Plaintiff an additional 45 days to object to the R&Rs, making the deadline July 6, 2026. *See* Order [Doc. No. 47]. To date, no objection to the R&Rs has been filed by any of the parties nor has an additional extension of time in which to object been sought or granted.[2] Therefore, the Court finds that the parties waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010). Upon review, the Court concurs with the analysis set forth in the R&Rs.

IT IS THEREFORE ORDERED that the Report & Recommendation [Doc. No. 42] ADOPTED in its entirety. Plaintiff's official capacity claims for injunctive relief against Defendants Gabriel, Hamilton, Hagen, Peek, and Amason, contained within Claims One,

---

[2] The Court notes that Plaintiff filed a Motion for Time Extension to Effectuate Proper Service Upon Defendants [Doc. No. 46] on May 18, 2026. In the Motion, Plaintiff states that he "received the Court Order issued by Judge Shon T. Erwin instructing the Plaintiff to effectuate proper service upon all Defendants . . . by [May 30, 2026]. *See* Mot. [Doc. No. 46] at 2. Plaintiff's motion did not address the Magistrate Judge's finding and conclusions in the R&R [Doc. No. 43] relating to Plaintiff's prior service attempt. Rather, Plaintiff requested an extension of time to serve Defendants Gabriel, Hamilton, Hagen, Peek, and Amason until "resolution of Plaintiff's transfer" between detention facilities. *See* Mot. [Doc. No. 46] at 2. The Court does not construe Plaintiff's Motion [Doc. No. 46] as an objection to the R&R.

Three, Nine, and Eleven of the Amended Complaint [Doc. No. 8] are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Report & Recommendation [Doc. No. 43] is ADOPTED in its entirety.  The Motion to Dismiss Defendants Gabriel, Hamilton, Hagan, and Peek [Doc. No. 34] and Motion to Dismiss Defendant Sheriff Chris Amason [Doc. No. 36] are DENIED to the extent they seek dismissal of the action on the basis of untimely and improper service.  The Court hereby QUASHES Plaintiff's original service attempt on Defendants Gabriel, Hamilton, Hagen, Peek, and Amason, in their individual capacities. Plaintiff shall serve these Defendants on or before August 27, 2026.  Failure to timely effect service of process may result in dismissal of the claims against these Defendants without prejudice.

IT IS SO ORDERED this 28th day of July, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE

3